UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 09-15180
Nicholas J. LaMonica and Carol M. )
LaMonica )
) Chapter: 13
) Honorable Jacqueline Cox
)
)
Debtor(s) )

## ORDER VACATING ORDER DISMISSING CASE

This matter coming before the Court on Trustee's Motion to vacate the Order dismissing Debtors' case, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED:

That the Order dismissing Debtors' case entered December 9, 2013, is hereby VACATED.

Enter:

*Jacqueline P. Cox*
J. Cox
United States Bankruptcy Judge

Dated: JAN - 6 2014

**Prepared by:**

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe, Suite 3850
Chicago Illinois 60603
(312) 294-5900

Rev: 20130103_bko