Form ntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 09−15180
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
Nicholas J. LaMonica
3768 N. Oleander
Chicago, IL 60634

Carol M. LaMonica
aka Carol Siebert, dba Siebert & Associates
Court Reporters, Inc.
3768 N. Oleander
Chicago, IL 60634

Social Security / Individual Taxpayer ID No.:
xxx−xx−1508

xxx−xx−1764

Employer Tax ID / Other nos.:

---

**NOTICE**


To the Debtor(s), Creditors, and other Parties in Interest:

You are hereby notified that the court has signed an order dated January 6, 2014, vacating the dismissal order entered on December 9, 2013.



FOR THE COURT

Dated: January 28, 2014

Kenneth S. Gardner , Clerk
United States Bankruptcy Court