Form ntc

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  09−15180
Chapter:  13
Judge:  Jacqueline P. Cox

In Re:

Nicholas J. LaMonica
3768 N. Oleander
Chicago, IL 60634

Carol M. LaMonica
aka Carol Siebert, dba Siebert & Associates
Court Reporters, Inc.
3768 N. Oleander
Chicago, IL 60634

Social Security / Individual Taxpayer ID No.:
    xxx−xx−1508

xxx−xx−1764

Employer Tax ID / Other nos.:

---

**NOTICE**

To the Debtor(s), Creditors, and other Parties in Interest:

You are hereby notified that the court has signed an order dated January 6, 2014, vacating the dismissal order entered on December 9, 2013.

FOR THE COURT

Dated: January 28, 2014

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-15180-JPC
Nicholas J. LaMonica                                                      Chapter 13
Carol M. LaMonica
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 3          Date Rcvd: Jan 28, 2014
                              Form ID: ntc          Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2014.
db/jdb      +Nicholas J. LaMonica,   Carol M. LaMonica,   3768 N. Oleander,   Chicago, IL 60634-3210
13841150    +AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
13841146    +American Express,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
13841147     American Express,   Box 0001,   Los Angeles, CA 90096-8000
14053464     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14069553     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13841149    +Arriva Card, Inc.,   P.O. Box 94918,   Las Vegas, NV 89193-4918
13841153    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bank of America,   P.O. Box 15102,   Wilmington, DE 19886-5102)
13841154     BP Cardmember Service,   P.O. Box 15125,   Wilmington, DE 19886-5325
13841155     BP Cardmember Services,   P.O. Box 15325,   Wilmington, DE 19886-5325
13841152     Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
14071159    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court:  CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,   NORCROSS, GA  30091)
13841156     Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
19165741    +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083,   Telephone: (520)577-1544 (Servicer)
13841157     Cardmember Service (Audi),   P.O. Box 15153,   Wilmington, DE 19886-5153
14023191     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
13841159     Chase Card Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
13841158     Chase Card Services,   P.O. Box 94010,   Palatine, IL 60094-4010
13841160    +Citi Cards,   P.O. Box 688916,   Des Moines, IA 50368
13841162    +Citi Cards,   P.O. Box 688902,   Des Moines, IA 50368
13841161    +Citi Cards,   P.O. Box 688909,   Des Moines, IA 50368
13841163     Diners Club,   P.O. Box 6003,   The Lakes, NV 88901-6003
13914254    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court:  FIFTH THIRD MORTGAGE COMPANY,   5050 KINGSLEY DR 1MOC20,
               CINCINNATI OH 45263)
13841166     Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
14194406    +Fifth Third Bank,   Bankruptcy Department/MD#RSCB3E,   1830 E Paris SE,
               Grand Rapids MI 49546-6253
13841167    +First USA NA,   Bankruptcy Dept.,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
13841168     GMAC Mortgage,   P.O. Box 4622,   Waterloo, IA 50704-4622
13901975    +GMAC Mortgage, LLC,   c/o Codilis & Associates, P.C.,   15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
14333066    +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
14329644    +HSBC Bank Nevada, N.A. (Bon Ton),   Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13841169     Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500
13841170    ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:  Illinois Department of Revenue,   101 W. Jefferson St.,
               Springfield, IL 62794)
14561445     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
20714196    +Ocwen Loan Servicing, LLC,   c/o Codilis & Associates, P.C.,
               15W030 North Frontage Rd, Suite 100,   Burr Ridge, IL 60527-6921
13841172    +Oradent Associates,   6258 N. Lincoln Ave.,   Chicago, IL 60659-2292
14699428    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 41067,
               Norfolk, VA 23541)
14098781    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Citibank,
               POB 41067,   NORFOLK VA 23541-1067
14135689    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Sears,
               POB 41067,   NORFOLK VA 23541-1067
14138090    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o Shell,
               POB 41067,   NORFOLK VA 23541-1067
14133181    +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   c/o The Home Depot,
               POB 41067,   NORFOLK VA 23541-1067
13841173     Retail Services/Best Buy,   P.O. Box 17298,   Baltimore, MD 21297-1298
13841174     Retail Services/Carson Pirie Scott,   P.O. Box 17264,   Baltimore, MD 21297-1264
13841175     Sears Credit Cards,   P.O. Box 183081,   Columbus, OH 43218-3081
13841176    +Seibert & Associates,   3768 N. Oleander Ave.,   Chicago, IL 60634-3210
13841177     Shell Processing Center,   P.O. Box 183018,   Columbus, OH 43218-3018
13841180     Washington Mutual Cad Services,   P.O. Box 660487,   Dallas, TX 75266-0487
14051120    +Wells Fargo Bank NA,   4137 121st Street,   Urbandale IA 50323-2310
13841181     Wells Fargo Financial Cards,   P.O. Box 98791,   Las Vegas, NV 89193-8791
14297524     eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
20339496    +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
               Tucson, AZ 85712-1083
14297515     eCAST Settlement Corporation assignee of Chase,   Bank USA NA,   POB 35480,
               Newark NJ 07193-5480

District/off: 0752-1          User: dgomez          Page 2 of 3          Date Rcvd: Jan 28, 2014
                             Form ID: ntc           Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13841148      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2014 01:48:47      American Honda Finance,
                2170 Point Blvd. Suite 100,  Elgin, IL 60123
13995907      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 29 2014 01:48:47
                American Honda Finance Corporation,  National Bankruptcy Center,  P.O. Box 168088,
                Irving, TX 75016-8088
17411145      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2014 01:45:58      B-Line, LLC,
                P.O. Box 91121,  Dept. 550,  Seattle, WA 98111-9221
14921361      +E-mail/Text: bncmail@w-legal.com Jan 29 2014 01:48:48      CANDICA, L.L.C.,
                C O WEINSTEIN AND RILEY, PS,  2001 WESTERN AVENUE, STE 400,  SEATTLE, WA 98121-3132
13881698      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2014 01:56:26      DISCOVER BANK,
                DFS Services LLC,  PO Box 3025,  New Albany, Ohio  43054-3025
13841164      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2014 01:56:26      Discover Card,
                P.O. Box 6103,  Carol Stream, IL 60197-6103
18137369      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2014 01:44:48      East Bay Funding, LLC,
                c/o Resurgent Capital Services,  PO Box 288,  Greenville, SC 29602-0288
14324202      E-mail/Text: resurgentbknotifications@resurgent.com Jan 29 2014 01:46:48
                FIA Card Services NA aka Bank of America,  c/o B-Line, LLC,  MS 550,  PO Box 91121,
                Seattle, WA 98111-9221
13841171      E-mail/Text: cio.bncmail@irs.gov Jan 29 2014 01:42:30      Department of the Treasury,
                Internal Revenue Service,  Pob 21126,  Philadelphia PA 19114
14551718      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2014 01:45:58      Roundup Funding, LLC,
                MS 550,  PO Box 91121,  SEATTLE, WA 98111-9221
13966331      +E-mail/Text: bncmail@w-legal.com Jan 29 2014 01:48:47      TARGET NATIONAL BANK,
                C O WEINSTEIN AND RILEY, PS,  2001 WESTERN AVENUE, STE 400,  SEATTLE, WA 98121-3132
13841151      E-mail/Text: vci.bkcy@vwcredit.com Jan 29 2014 01:48:47      Audi Financial Services,  P.O. Box 3,
                Hillsboro, OR 97123-0003
13841179      E-mail/Text: vci.bkcy@vwcredit.com Jan 29 2014 01:48:47      VW Credit Inc.,  P.O. Box 7572,
                Libertyville, IL 60048-7572
13896212      +E-mail/Text: vci.bkcy@vwcredit.com Jan 29 2014 01:48:47      VW Credit, Inc.,  PO BOX 829009,
                Dallas, TX 75382-9009
20021294      +E-mail/Text: bncmail@w-legal.com Jan 29 2014 01:49:40      Vanda, LLC,
                c/o Weinstein & Riley, P.S.,  2001 Western Ave., Ste. 400,  Seattle, WA 98121-3132
                                                                                      TOTAL: 15

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13841165*   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,  38 Fountain Square Plaza,  Cincinnati, OH 45263)
15107208*   eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
13841178    ##Target National Bank,  P.O. Box 59317,  Minneapolis, MN 55459-0317
                                                                          TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2014 at the address(es) listed below:
          Evan Moscov   on behalf of Creditor   Vanda, LLC evan.moscov@moscovlaw.com,
            ADVNotices@w-legal.com
          Joel P Fonferko   on behalf of Creditor   GMAC Mortgage, LLC ND-One@il.cslegal.com
          Jose G Moreno   on behalf of Creditor   Ocwen Loan Servicing, LLC nd-one@il.cslegal.com
          Jose G Moreno   on behalf of Creditor   GMAC Mortgage, LLC nd-one@il.cslegal.com

```
District/off: 0752-1           User: dgomez            Page 3 of 3             Date Rcvd: Jan 28, 2014
                               Form ID: ntc            Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   GMAC Mortgage, LLC ND-Two@il.cslegal.com
          Richard S Ralston    on behalf of Creditor   CANDICA, L.L.C. richardr@w-legal.com,
           chapter-13@w-legal.com
          Robert N Honig    on behalf of Joint Debtor Carol M. LaMonica robert@roberthonig.com
          Robert N Honig    on behalf of Debtor Nicholas J. LaMonica robert@roberthonig.com
          Terri M Long    on behalf of Creditor   VW Credit, Inc. Courts@tmlong.com
          Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                       TOTAL: 11